UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------- X

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** : : : : : | **3:09-md-02100-DRH-PMF** <br><br> **MDL No. 2100** <br><br> **Judge David R. Herndon** |

----------------------------------------------------------

**This Document Relates to:**

Barbara Disney and James Disney,
    Plaintiffs
v.
Bayer Corporation. et al.,
    Defendants
_____

Case No.
3:13-cv-10186-DRH-PMF

**Amended Filing Fee Refund Order**[1]

**HERNDON, Chief Judge:**

This matter is before the Court on the plaintiffs' motion, pursuant to Administrative Order 116, for refund of duplicate filing fee (Doc. 6) (original filing fee receipt no.: 0754-1906714 and duplicate filing fee receipt no.: 0754-1907331). Upon consideration of the plaintiffs' motion, the Court **ORDERS** as follows:

The plaintiffs' motion for refund of duplicate filing fee is **GRANTED**.

---

[1] The initial filing fee refund order contained an incorrect receipt number for the duplicate filing fee. This order is docketed for the purpose of correcting the duplicate filing fee receipt number. This order strikes and replaces the initial filing fee refund order.

Accordingly, the Clerk is instructed to refund movant for the duplicate charge in the amount of $350.00.

    **SO ORDERED:**

David R. Herndon
2013.05.22
15:14:56 -05'00'

**Chief Judge**                                                   **Date:  May 22, 2013**
**United States District Court**